UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM H. MELENDEZ,

    Plaintiff,

v.                                     Case No. 3:20-cv-01023-BJD-JBT

MARK S. INCH, Secretary of the
State of Florida Department of
Corrections; *et al.*,

    Defendants.

_____/

## Uniform Case Management Report

The goal of this case management report is to "secure the just, speedy, and inexpensive determination of" the action. *See* Fed. R. Civ. P. 1. Under Local Rule 3.02(a)(2), this case management report should be used in all civil cases except those described in Local Rule 3.02(d). Individual judges may have additional case management preferences that can be found under each judge's name on the Court's website, flmd.uscourts.gov/judges/all.

**1.**   **Date and Attendees**

> The parties may conduct the planning conference "in person, by telephone, or by comparable means[.]" *See* Local Rule 3.02(a)(1).

The parties conducted the planning conference on 11/15/2021. The following attended the conference:

Lee D. Wedekind, III        Attorneys for Plaintiff William H. Melendez
Maggie E. Filler

| | |
|---|---|
| Leonard T. Hackett | Attorney for Defendants Florida Department of Corrections; Donald Davis; Erich Hummel; P. Hunter; Marks S. Inch; Jeffrey McClellan; John Palmer; Barry Reddish; Kevin Tomlinson; Ronnie Woodall |
| David E. Chauncy | Attorney for Defendants *Robert* Atteberry; Robert Brown; Terry Bryant; Jamaal Chandler; Billy Folsom; Matthew Geiger; Adam Gwara; William Hall; Terry Holm; Justin Moreland; Charles Nosbisch; Agderemme Oliva; Daniel Philbert; Jack Van Allen; Colin Williams; Eugene Williams; Jonathan Willis; Brandon Woods |

2. **Deadlines and Dates**

The parties request these deadlines and dates:

| Action or Event | Date |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 12/15/2021 |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | 1/3/2022 |
| Plaintiff's deadline for disclosing any expert report. *See* Fed. R. Civ. P. 26(a)(2). | 5/16/2022 |
| Defendant's deadline for disclosing any expert report. | 6/16/2022 |
| Deadline for disclosing any rebuttal expert report. | 7/15/2022 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | 12/15/2022 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | N/A |

| | |
|---|---|
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | 1/27/2023 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4. <br><br> Thomas H. Bateman III <br> Terry P. Lewis <br> Messer Caparello, P.A. <br> 2618 Centennial Place <br> Tallahassee, FL 32308 <br> (850) 222-0720 | 2/24/2023 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | 7/11/2023 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | 7/18/2023 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | 7/25/2023 |
| Month and year of the trial term. | 8/1/2023 |

The trial will last approximately 10 days and be

☒ jury.

☐ non-jury.

**3. Description of the Action**

Plaintiff William Melendez brings claims relating to the conditions of his confinement and specific instances of abuse during his confinement by the defendants. Defendants deny the allegations of the complaint.

3

4. **Disclosure Statement**

☒ The parties will file their disclosure statements within 7 days of the entry of the Case Management Order as required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03.

5. **Related Action**

☒ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

6. **Consent to a Magistrate Judge**

> "A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).
>
> The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

☒ The parties do not consent.

7. **Preliminary Pretrial Conference**

☒ The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

☐ The parties do request a preliminary pretrial conference, and the parties want to discuss enter discussion points.

8. **Discovery Practice**

> The parties should read the Middle District Discovery Handbook, available on the Court's website at flmd.uscourts.gov/civil-discovery-handbook, to understand discovery practice in this District.

☒ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

9. **Discovery Plan**

   The parties submit the following discovery plan under Rule 26(f)(2):

   A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

      ☒ Yes.
      ☐ No; instead, the parties agree to these changes: enter changes.

   B. Discovery may be needed on these subjects: list the subjects.

   C. Discovery should be conducted in phases:

      ☒ No.
      ☐ Yes; describe the suggested phases.

   D. Are there issues about disclosure, discovery, or preservation of electronically stored information?

      ☒ No.
      ☐ Yes.

   E. ☒ The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

F.   The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

☐ No.
☒ Yes; Given the substantial number of parties and witnesses, the parties request leave to increase the number of depositions per side from 10 to 30.

## 10.  Request for Special Handling

☒ The parties do not request special handling.

☐ The parties request special handling. Specifically, describe requested special handling.

☐ Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

## 11.  Certification of familiarity with the Local Rules

☒ The parties certify that they have read and are familiar with the Court's Local Rules.

## 12.  Signatures

On following page

NELSON MULLINS RILEY & SCARBOROUGH LLP

By:  /s/ Lee D. Wedekind, III

Lee D. Wedekind, III
Florida Bar No. 670588
Kelly Dunn Waters
Florida Bar No. 105871
50 North Laura Street, Suite 4100
Jacksonville, FL 32202
(904) 665-3652 (direct)
(904) 665-3699 (fax)
lee.wedekind@nelsonmullins.com
kelly.waters@nelsonmullins.com
allison.abbott@nelsonmullins.com

and

Maggie E. Filler
*Admitted pro hac vice*
Roderick and Solange
MacArthur Justice Center
160 E. Grand Avenue, 6th Floor
Chicago, Illinois 60611
(312) 503-0899 (direct)
(312) 503-0891 (fax)
maggie.filler@macarthurjustice.org

*Attorneys and Trial Counsel for William H. Melendez*

VERNIS & BOWLING OF NORTH FLORIDA, P.A.

By:  /s/ Leonard T. Hackett

Leonard T. Hackett
Florida Bar No. 420107
4309 Salisbury Road
Jacksonville, FL 32216
(904) 296-6751
(904) 296-2712 (fax)
lhackett@florida-law.com

*Attorneys for Florida Department of Corrections; Donald Davis; Erich Hummel; P. Hunter; Marks S. Inch; Jeffrey McClellan; John Palmer; Barry Reddish; Kevin Tomlinson; Ronnie Woodall*

ALEXANDER DEGANCE BARNETT, P.A.

By:  /s/ David E. Chauncey

Mark G. Alexander
Florida Bar No. 434078
David E. Chauncey
Florida Bar No. 119497
1500 Riverside Avenue
Jacksonville, FL 32204
(904) 345-3285
mark.alexander@adblegal.com
david.chauncey@adblegal.com
mailbox@adblegal.com

*Attorneys for Robert Atteberry; Robert Brown; Terry Bryant; Jamaal Chandler; Billy Folsom; Matthew Geiger; Adam Gwara; William Hall; Terry Holm;*

7

8

*Justin Moreland; Charles Nosbisch; Agderemme Oliva; Daniel Philbert; Jack Van Allen; Colin Williams; Eugene Williams; Jonathan Willis; Brandon Woods*

Case 3:20-cv-01023-BJD-SJH   Document 210   Filed 11/15/21   Page 8 of 10 PageID 2052

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on November 15, 2021. I also certify that the foregoing document is being served this day on the following counsel of record via transmission of Electronic Filing generated by CM/ECF:

Leonard T. Hackett, Esq.
Vernis & Bowling of
North Florida, P.A.
4309 Salisbury Road
Jacksonville, FL 32216
lhackett@florida-law.com
*Attorneys for Defendants Florida Department of Corrections; Donald Davis; Erich Hummel; P. Hunter; Marks S. Inch; Jeffrey McClellan; John Palmer; Barry Reddish; Kevin Tomlinson; Ronnie Woodall*

Mark G. Alexander, Esq.
David E. Chauncey, Esq.
Alexander Degance Barnett P.A.
1500 Riverside Avenue
Jacksonville, FL 32204
mark.alexander@adblegal.com
david.chauncey@adblegal.com
mailbox@adblegal.com
*Attorneys for Defendants Robert Atteberry; Robert Brown; Terry Bryant; Jamaal Chandler; Billy Folsom; Matthew Geiger; Adam Gwara; William Hall; Terry Holm; Justin Moreland; Charles Nosbisch; Agderemme Oliva; Daniel Philbert; Jack Van Allen; Colin Williams; Eugene Williams; Jonathan Willis; Brandon Woods*

Luke Newman, Esq.
Luke Newman, P.A.
908 Thomasville Road
Tallahassee, FL 32303
luke@lukenewmanlaw.com
*Attorneys for Defendant Jamaal Chandler*

Nicole Sieb Smith, Esq.
Jeffrey J. Grosholz, Esq.
Rumberger, Kirk & Caldwell, P.A.
101 N. Monroe Street, Suite 120
Tallahassee, FL 32301
nsmith@rumberger.com
jgrosholz@rumberger.com
*Attorneys for Defendants Donald Davis; Florida Department of Corrections; Mark S. Inch; Jeffrey McClellan; and John Palmer*

Samantha C. Duke, Esq.
Rumberger, Kirk & Caldwell, P.A.
300 S. Orange Avenue
Orlando, FL 32301
sduke@rumberger.com
*Attorneys for Defendants Donald Davis; Florida Department of Corrections; Mark S. Inch; Jeffrey McClellan; and John Palmer*

           */s/ Lee D. Wedekind, III*
                     Attorney