# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE DIVISION

WILLIAM H. MELENDEZ,

      Plaintiff,

v.                                    Case No.: 3:20-cv-01023-BJD-JBT

RICKY D. DIXON, Secretary of the
Florida Department of Corrections,
et al.,

      Defendants.

_____/

## DEPARTMENT'S NOTICE OF FILING UNDER SEAL AND CERTIFICATE OF COMPLIANCE WITH ECF. 242, 253, 286-1

Defendant, FLORIDA DEPARTMENT OF CORRECTIONS (hereinafter "FDC" or "The Department"), by and through undersigned counsel, hereby certifies its compliance with this Honorable Court's Orders [ECF. 242, 253] as well as the parties' interim settlement agreement[1] [ECF. 286-1].  On February 14, 2023, Defendant sent to the Clerk of Court via FedEx, one video to be filed under seal as authorized by orders entered January 24, 2022 and January 31, 2022, and stipulated within the parties' interim settlement agreement executed on April 20, 2022.

                                 Respectfully submitted,

                                 **ASHLEY MOODY**
                                 **ATTORNEY GENERAL**

---

[1] Pursuant to ECF 242, 253, and 286-1, the undersigned also served the video to all counsel of record on February 14, 2023 via OneDrive secure link transfer.

/s/Samantha-Josephine Baker
Samantha-Josephine Baker
Senior Assistant Attorney General
Florida Bar No. 105714
Office of the Attorney General
Civil Litigation Central
3507 E. Frontage Road, Suite 150
Tampa, Florida 33607
Tel: (813) 233-2880 | Fax: (813) 281-1859
Samantha.Baker@myfloridalegal.com
*Counsel for Defendant, FDC*

/s/ Raymond Christopher
Raymond Christopher
Assistant Attorney General
Florida Bar No: 0103920
Office of the Attorney General
Civil Litigation Central
3507 E. Frontage Road, Suite 150
Tampa, Florida 33607
Tel: (813) 233-2880 | Fax: (813) 281-1859
Raymond.Christopher@myfloridalegal.com
*Counsel for Defendant, FDC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 14, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notice to those persons capable of receiving such notice of electronic filing.

/s/Samantha-Josephine Baker
Samantha-Josephine Baker
Senior Assistant Attorney General