# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## JACKSONVILLE DIVISION

WILLIAM H. MELENDEZ

                 Plaintiff,        Case No.    3:20-cv-01023-BJD-JBT

RICKY DIXON, et al.,

                Defendant(s)

## **MEDIATION REPORT**

In accordance with the Court's mediation order(s), a mediation conference was held on **April 17, 2023**, the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority:

    [✔]    All individual parties and their respective trial counsel.

    [✔]    Designated corporate representatives.

    [✔]    Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

(c) The outcome of the mediation conference was:

☐ <u>The case has been completely settled</u>. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of the mediation conference.

☐ <u>The case has been partially resolved</u> and lead counsel has been instructed to file a joint stipulation regarding those claims which have been resolved within ten (10) days. The following issues remain for this Court to resolve:

_____
_____
_____
_____
_____

☐ <u>The conference was continued</u> with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

☑ <u>The parties have reached an impasse</u>.

**Done this** 17TH day of APRIL, 2023, in TALLAHASSEE, Florida.

_____
Signature of Mediator

THOMAS H. BATEMAN III
Name of Mediator

REGIONAL OFFICE PLAZA

2618 CENTENNIAL PLACE
Mailing Address

TALLAHASSEE       FL
City                    State

32308        850 - 222 - 0720
Zip          Telephone Number

*Print*

MEDIATION REPORT                                    Page 2
(Attachment to Mediation Order)(Rev. 7/04)