# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

WILLIAM H. MELENDEZ,

    Plaintiff,

v().

MARK S. INCH, Secretary of the State of Florida Department of Corrections; *et al.*,

    Defendants.

_____/

Case No. 3:20-cv-01023-BJD-JBT

Hon. Brian J. Davis

## PARTIES' RULE 41 STIPULATION OF VOLUNTARY DISMISSAL OF CERTAIN INDIVIDUAL OFFICER DEFENDANTS, WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff William Melendez and the individual Defendant Officers, by their undersigned counsel, hereby jointly stipulate and agree to the voluntarily dismissal with prejudice of all claims brought against individual Defendant Officers Agderemme Oliva, Steve Knott, Jonathan Willis, Billy Folsom, Lloyd Webb, Brandon Woods, and Matthew Geiger. The parties agree that each side will bear their own costs and expenses incurred in the litigation of the matter to date.

Date: June 7, 2023

Respectfully submitted,

**/s/ Alexa Van Brunt**

| | |
|---|---|
| Alexa Van Brunt (Pro hac vice) | Lee D. Wedekind, III (Lead Counsel) |
| Noor Tarabishy (Pro hac vice) | John P. McDermott, Jr. |
| Danielle Berkowsky (Pro hac vice) | Florida Bar No. 1025565 |
| 160 E. Grand Avenue, 6th Floor | 50 North Laura Street, Suite 4100 |
| Chicago, Illinois 60611 | Jacksonville, FL 32202 |
| (312) 503-0899 (direct) | (904) 665-3652 (direct) |
| a-vanbrunt@law.northwestern.edu | lee.wedekind@nelsonmullins.com |
| noor.tarabishy@macarthurjustice.org | john.mcdermott@nelsonmullins.com |
| danielle.berkowsky@macarthurjustice.org | |

*Attorneys for Plaintiff*

**/s/ David E. Chauncey**
David E. Chauncey, Esq.
Alexander Degance Barnett P.A.
1500 Riverside Avenue
Jacksonville, FL 32204
mark.alexander@adblegal.com
david.chauncey@adblegal.com
mailbox@adblegal.com

*Attorney for Individual Defendant Officers*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on June 7, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notice to those persons capable of receiving such notice of electronic filing.

/s/ Alexa Van Brunt
One of Plaintiff's Attorneys