UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM H. MELENDEZ,

    Plaintiff,

v.        Case No. 3:20-cv-1023-BJD-JBT

RICKY DIXON, et al.,

    Defendants.

_____

## **ORDER**

In light of the Management Defendants' notice of interlocutory appeal (Doc. 522), and there being no objection, the Court finds Defendants' unopposed motion to stay (Doc. 525) is due to be granted. Accordingly, it is

**ORDERED:**

1. Defendants' unopposed motion to stay the case pending the outcome of interlocutory appeal (Doc. 525) is **GRANTED**.

2. The pretrial conference scheduled for July 26, 2023, and the trial set for the August 7, 2023 trial term are **CANCELED**, and the Second Amended Case Management and Scheduling Order (Doc. 345) is **VACATED**.

3. The **Clerk** shall stay and **administratively close** the case pending further order from the Court.

4. The **Clerk** shall terminate any pending motions as moot.

5. The parties shall immediately notify the Court if they settle any claims or of any developments that may impact the stay.

**DONE AND ORDERED** at Jacksonville, Florida, this 25th day of July 2023.

_____
BRIAN J. DAVIS
United States District Judge

Jax-6
c:
Counsel of Record