UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM H. MELENDEZ,

    Plaintiff,

v.                                                 Case No.: 3:20-cv-01023-BJD-JBT

RICKY D. DIXON, Secretary of the
Florida Department of Corrections,
et al.,

    Defendants.
_____/

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FO DEFENDANT'S RICKY D. DIXON, SECRETARY OF THE FLORIDA DEPARTMENT OF CORRECTIONS; DONALD DAVIS, ERICH HUMMEL; P. HUNTER; JEFFREY R. MCCLELLAN; JOHN PALMER; BARRY REDDISH; KEVIN TOMLINSON; RONNIE WOODALL; AND THE FLORIDA DEPARTMENT OF CORRECTIONS**

Pursuant to M.D.L.R. 2.02(c), Former Assistant Attorney General Raymond Christopher of the Florida Office of the Attorney General, hereby requests to withdraw as counsel for Defendants RICKY D. DIXON, SECRETARY OF THE FLORIDA DEPARTMENT OF CORRECTIONS; DONALD DAVIS, ERICH HUMMEL; P. HUNTER; JEFFREY R. MCCLELLAN; JOHN PALMER; BARRY REDDISH; KEVIN TOMLINSON; RONNIE WOODALL; and THE FLORIDA DEPARTMENT OF CORRECTIONS ["FDC Defendants"] in the instant action. Former Assistant Attorney General Raymond Christopher also requests removal of his name from the docket and to cease CM/ECF notice to her in the instant action.

In support of this motion, the undersigned states:

1. I have left the employ of the Florida Office of the Attorney General.

2. The Florida Office of the Attorney General will retain responsibility for this case and representation of the FDC Defendants.1[1]

3. The undersigned provided Plaintiff and Co-Defendants with the Notice required under Local Rule 2.02.

4. No party will be prejudiced in this action by the withdrawal of the undersigned.

## LOCAL RULE 3.01(g) CERTIFICATE

The undersigned certifies that counsel for Plaintiff and Co-Defendants were notified as to his withdrawal from this case and there was no objection as to the relief sought herein. Additionally, the FDC Defendants have no objection as to the relief sought herein.

WHEREFORE, the undersigned counsel, Former Assistant Attorney General Raymond Christopher, respectfully requests that this Court grant him leave to withdraw as counsel of record for Defendants RICKY D. DIXON, SECRETARY OF THE FLORIDA DEPARTMENT OF CORRECTIONS; DONALD DAVIS, ERICH HUMMEL; P. HUNTER; JEFFREY R. MCCLELLAN; JOHN PALMER; BARRY REDDISH; KEVIN TOMLINSON; RONNIE WOODALL; and THE

---

[1] Senior Assistant Attorney General Erik Kverne has appeared as lead counsel in this matter on July 5, 2023. ECF 477.

FLORIDA DEPARTMENT OF CORRECTIONS and direct the Clerk of the Court to delete him from receiving CM/ECF filings in this case.

                Respectfully submitted,

                /s/Raymond Christopher
                Florida Bar No. 0103920
                5072 Annunciation Circle Ste 328
                Ave Maria, FL 34142
                T – (855) 729-2474 | F- (855) 399-4385
                raymond@avemarialawcenter.com
                *Former Assistant Attorney General*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 21, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will send notice to those persons capable of receiving such notice of electronic filing.

                /s/Raymond Christopher
                Raymond Christopher
                Former Assistant Attorney General