UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIAM H. MELENDEZ,

    Plaintiff,

v.                                         Case No. 3:20-cv-1023-BJD-SJH

RICKY D. DIXON, et al.,

    Defendants.
_____

## ORDER

Attorney Raymond Christopher's Unopposed Motion to Withdraw as Counsel for Defendants Dixon, Davis, Hummel, Hunter, McClellan, Palmer, Reddish, Tomlinson, Woodall, and the Florida Department of Corrections ("FDC Defendants") (Doc. 538) is **GRANTED**, because the Court finds good cause and FDC Defendants will remain represented by other counsel. The **Clerk** shall terminate Raymond Christopher, Esquire as counsel of record for FDC Defendants.

**DONE AND ORDERED** at Jacksonville, Florida, this 22nd day of August, 2024.

Samuel J. Horovitz
United States Magistrate Judge

caw 8/22
c:
Counsel of Record