# In the United States Court of Appeals

## For the Eleventh Circuit

_____

No. 23-12424

_____

WILLIAM H. MELENDEZ,

                                                Plaintiff-Appellee,

*versus*

SECRETARY OF THE STATE OF FLORIDA DEPARTMENT OF CORRECTIONS, et al.,

                                                Defendants,

BARRY REDDISH,
Warden of Florida State Prison,
ERIC HUMMEL,
Regional Director,
JOHN PALMER,
Assistant Regional Director,
P. HUNTER,
Classification Officer,

ISSUED AS MANDATE 9/18/2024

Case 3:20-cv-01023-BJD-SJH    Document 541    Filed 09/18/24    Page 2 of 4 PageID 20364
USCA11 Case: 23-12424    Document: 103-2    Date Filed: 09/18/2024    Page: 2 of 3

2                                                                        23-12424

KEVIN TOMLINSON,
Classification Supervisor, et al.,

                                                    Defendants-Appellants.

_____

Appeals from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:20-cv-01023-BJD-JBT

_____

_____

No. 23-12685

_____

WILLIAM H. MELENDEZ,

                                                    Plaintiff-Appellee,

*versus*

WARDEN, FLORIDA STATE PRISON, et al.,

                                                    Defendants,

ROBERT BROWN,
WILLIAM HALL,
DANIEL PHILBERT,

ISSUED AS MANDATE 9/18/2024

23-12424             Opinion of the Court                3

Correctional Officers,

                                                                                                   Defendants-Appellants.

_____

Appeals from the United States District Court
for the Middle District of Florida
D.C. Docket No. 3:20-cv-01023-BJD-JBT

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: August 20, 2024

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE 9/18/2024

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 18, 2024

Clerk - Middle District of Florida
U.S. District Court
300 N HOGAN ST
JACKSONVILLE, FL 32202

Appeal Number: 23-12424-HH   ; 23-12685 -HH
Case Style: William Melendez v. Donald Davis, et al
District Court Docket No: 3:20-cv-01023-BJD-JBT

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate